# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-06005-02-CR-SJ-DGK |
| ) | |
| MICHAEL A. HARDIN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 31, 2022, the Grand Jury returned a seven-count Indictment charging Defendant Michael A. Hardin with three counts (Counts Five–Seven) of wire fraud and a co-defendant[1] with four counts of wire fraud (Counts One–Four).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Courtney R. Pratten and Brent Venneman
    Case Agent: Scott Macke, FBI and Rob Mayo (paralegal)
    Defense: Dawn M. Parsons, Barbara Meade (paralegal) and would like to have a student at the table who has been working on the case

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 12-14 with stipulations; 12-14 without stipulations
    Defendant: 2-4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately under 50 exhibits
    Defendant: approximately less than 10 exhibits

**DEFENSES**: General denial

---

[1] Co-Defendant Sarah J. Hardin has a change of plea set for April 26, 2023.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; (　) Possibly for trial; (　) Likely a plea will be worked out

**TRIAL TIME: 2½ - 3 days total**
Government's case including jury selection: 2½ day(s)
Defendant: 1/2 day(s)

**STIPULATIONS**: Three stipulations have been discussed and will be provided.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit Lists**
Government: Proposed Witness and Exhibit Lists filed 4/11/23. **Updated/Due on or before April 18, 2023.**
Defendant: None filed. **Due on or before April 18, 2023**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before April 26, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before April 26, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for May 1, 2023.

**Please note:** The Government requests the first week due to counsel availability. Both counsel can be available the third week if needed but does not know the status of witnesses for the third week.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lajuana M. Counts*
　　　　　　　　　　　　　　　　　　　　　　　LAJUANA M. COUNTS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE