IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 5:22-CR-06005-DGK-02 |
| MICHAEL A. HARDIN, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On April 26, 2023, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation, ECF No. 47, recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Counts Five through Seven of the Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed de novo the transcript of the proceeding held before Judge Counts on April 25, 2023. In light of the evidence in the Record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crimes in Counts Five through Seven of the Indictment.

**IT IS SO ORDERED.**

Date: May 25, 2023       /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT